# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

| | |
|---|---|
| RALPH BIRGE and KIMBERLY BIRGE,<br><br>Plaintiffs,<br><br>v.<br><br>DITECH FINANCIAL, LLC,<br><br>Defendant. | Case No.: 4:18-cv-00024-TWP-DML<br><br>Honorable Tanya Walton Pratt<br><br>Magistrate Judge Debra McVicker Lynch |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs, RALPH BIRGE and KIMBERLY BIRGE and the Defendant DITECH FINANCIAL, LLC, through their respective counsel and pursuant to Federal of Civil Procedure 41, that the above-captioned case be dismissed with prejudice. Each party shall bear its own costs and attorney fees.

Dated: December 5, 2018                      Respectfully Submitted,

RALPH BIRGE AND                              DITECH FINANCIAL, LLC
KIMBERLY BIRGE

*/s/ Mohammed O. Badwan*                     */s/ Zachary D. Miller (with consent)*
Mohammed O. Badwan                           Zachary D. Miller
*Counsel for Plaintiffs*                     *Counsel for Defendant*
Sulaiman Law Group, LTD.                     Burr & Forman LLP
2500 S. Highland Ave., Ste. 200              511 Union Street, Suite 2300
Lombard, Illinois 60148                      Nashville, Tennessee 37219
Phone: (630) 575-8181                        Phone: (615) 724-3216
mbadwan@sulaimanlaw.com                      zmiller@burr.com