UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

**Acknowledged**
TWP
December 6, 2018

| | |
|---|---|
| RALPH BIRGE and KIMBERLY BIRGE, | |
| Plaintiffs, | Case No.: 4:18-cv-00024-TWP-DML |
| v. | Honorable Tanya Walton Pratt |
| DITECH FINANCIAL, LLC, | Magistrate Judge Debra McVicker Lynch |
| Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs, RALPH BIRGE and KIMBERLY BIRGE and the Defendant DITECH FINANCIAL, LLC, through their respective counsel and pursuant to Federal of Civil Procedure 41, that the above-captioned case be dismissed with prejudice. Each party shall bear its own costs and attorney fees.

Dated: December 5, 2018

Respectfully Submitted,

RALPH BIRGE AND
KIMBERLY BIRGE

DITECH FINANCIAL, LLC

*/s/ Mohammed O. Badwan*
Mohammed O. Badwan
*Counsel for Plaintiffs*
Sulaiman Law Group, LTD.
2500 S. Highland Ave., Ste. 200
Lombard, Illinois 60148
Phone: (630) 575-8181
mbadwan@sulaimanlaw.com

*/s/ Zachary D. Miller (with consent)*
Zachary D. Miller
*Counsel for Defendant*
Burr & Forman LLP
511 Union Street, Suite 2300
Nashville, Tennessee 37219
Phone: (615) 724-3216
zmiller@burr.com